476 A.2d 94

Foky v. Foky, Appellant.

Argued March 13, 1984.  Jerry L. Johnson, for appellant;  James S. Kilpatrick, Jr., for appellee.

Before CAVANAUGH, WIEAND and CIRILLO, JJ.

Order affirmed.